Susan M. Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

IN RE:

**CHRISTOPHER W. NELSON** and

**CAROLYN JEAN NELSON**,

    Debtors.

Case No. 10-54815-C-7
DCN: SMD-002

DATE: December 6, 2011
TIME: 9:30 a.m.
PLACE: Dept C, Court Room 35
501 I Street, 6th Floor
Sacramento, CA 95814

## MOTION FOR AUTHORITY TO SELL REAL PROPERTY

SUSAN M. DIDRIKSEN, as Trustee of the estate of the above-named debtor, hereby moves for an order: (a) authorizing the sale of real property unimproved and commonly known as 29502 West Villa Cassandra Way, Wittman, County of Maricopa, APN 503-91-010-L, Arizona 85361 ("29502 West Villa Cassandra") for $30,000 to Carl L. Hagen (hereinafter "Buyer"); and (b) allowing a commission of 10% of the purchase price as final compensation of the Trustee's realtor, Liberty Southwest Realty LLC ("Liberty"), to be divided and paid from escrow per agreement between brokers Liberty and Buyer's realtor Century 21 Arizona West. In support thereof, Trustee respectfully represents that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on September 28, 2010. Trustee is the duly appointed trustee for the debtors' estate.

2. Among the assets of the estate is 29502 West Villa Cassandra, for which the Schedule A represents the value to be $60,000.

3. The Debtors' Schedule C exempted $6,430 of the value of the real property under §CCP 703.140(b)(5).

4. The Debtors' Schedule D listed a lien of $12,000 in the form of a first mortgage to Whispering Ranch. It was later determined that the amount of the mortgage plus paid delinquent property taxes is ~$9,800 and the loan is with Cattleman's Title Guarantee. A copy of the payoff statement can be found in the Exhibits.

5. On January 24, 2011, the Court approved the Trustee's motion to employ Liberty to complete the transaction.

6. On November 4, 2011, Trustee accepted Buyer's offer for the sale of 29502 West Villa Cassandra. Copies of the agreement and addendum can be found in the Exhibits.

7. Approving the sale is in the best interest of the estate because: (a) the sales price approximates fair value and (b) it will generate cash for the estate of approximately $10,000.

8. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $1,000.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

DATED: November 15, 2011         /s/ SUSAN M. DIDRIKSEN, TRUSTEE

                                                  PO Box 1460
                                                  Shingle Springs, CA 95682
                                                  530-232-6199
                                                  didriksen1@gmail.com